ADC/USAO# 2014R00024

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | * CRIMINAL NO. GLR-14-0212 |
| **TODD WHEELER** | * Possession of Firearms by |
| | * Prohibited Person, 18 U.S.C. §922(g). |
| **Defendant** | * |

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

On or about January 1, 2014, in the District of Maryland, the defendant,

**TODD WHEELER,**

having been an unlawful user of and addicted to controlled substances, did knowingly possess firearms, to wit: a Walther Model SP22 pistol, serial number RP001275; a Geco signal flare launcher, serial number 35013 and signal pistol insert; Spikes Tactical Signal Launcher and conversion device insert; and destructive devices, in and affecting commerce.

18 U.S.C. §922(g)

_____  5/5/14
ROD J. ROSENSTEIN           Date
United States Attorney